# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 23−10576−TMH |
| Christmas Tree Shops, LLC ) | Bankruptcy Chapter: 7 |
|     Debtor ) | |
| _____ ) | |
| George L. Miller ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.:  25−50825−TMH |
| vs. ) | |
| ) | |
| BACE, LLC | |
|     Defendant ) | |

## NOTICE AND ORDER OF REQUEST FOR STATUS REPORT

    IT IS HEREBY ORDERED that Plaintiff or Plaintiff's Counsel file a Status Report within 21 days from the date of this order. Failure to do so may result in dismissal of the case; or a mandatory court appearance to determine whether the case should be dismissed for lack of prosecution.

    IT IS FURTHER ORDERED that the Status Report be filed in the lead bankruptcy case as well as in each Adversary Proceeding within 21 days of the date of this order.

Date: 11/6/25

Thomas M Horan
Bankruptcy Judge

(VAN−417)