**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>BACE, LLC,<br><br>                Defendant. | Adv. Proc. No. 25-50825 (TMH) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

      Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Plaintiff"), for the above-captioned debtors (the "Debtors") by and through its undersigned counsel, hereby requests that a default be entered against defendant BACE, LLC (the "Defendant"), in the above-captioned adversary proceeding based on the details of the *Declaration of Counsel in Support of Plaintiff's Request for Entry of Default* (the "Declaration") filed concurrently herewith, and the *Complaint for Avoidance and Recovery Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550,* with accompanying *Summons* and *Certificate of Service*, attached to the Affidavit as Exhibit 1. A form of *Entry of Default* is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4913-9131-5060.1 57097.001

2

| | |
|---|---|
| Dated:  November 17, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:   bsandler@pszjlaw.com |
| |         pkeane@pszjlaw.com |
| |         ecorma@pszjlaw.com |
| | *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee* |