# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>BACE, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50825 (TMH) |

## JUDGMENT BY DEFAULT

Default has been entered against defendant BACE, LLC, Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service.  Furthermore, it appears from the record that this defendant is not an infant or incompetent person.  Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $75,975.18 plus $350.00 in Court costs.

Dated: _____, 2025     */s/ Stephen L. Grant, Sr.*_____
                                    Clerk of the Bankruptcy Court

                                    By: _____
                                        Deputy Clerk

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>BACE, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50825 (TMH) |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Keane, hereby certify that on the 20th day of November, 2025 , I caused

a copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**Bace LLC Service List**
**Adv. Proc. No. 25-50825 (TMH)**

**FIRST CLASS MAIL**
Bace, LLC
Drew Sigmund, General Manager
322 W. 32nd Street
Charlotte, NC 28206

**FIRST CLASS MAIL**
Bace, LLC
Drew Sigmund, General Manager
117 Forest Rd
Raleigh, NC 27605

**FIRST CLASS MAIL**
Bace, LLC
c/o Registered Agent
CT Corporation System
160 Mine Lake Ct, Suite 200
Raleigh, NC 27615